

**United States District Court**
**Southern District of Ohio**
www.ohsd.uscourts.gov

---

**Richard W. Nagel, Clerk of Court**

| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202<br>513-564-7500 | Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, OH 43215<br>614-719-3000 | Federal Building<br>200 West Second Street<br>Dayton, OH 45402<br>937-512-1400 |

March 26, 2021

Office of the Clerk
Birch Bayh Federal Building and
 United States Courthouse
46 East Ohio Street, Room 105
Indianapolis, IN  46204

    RE:  USA v. Dorian Lacourse, 1:21-mj-00260 (Your Case No. 1:20-cr-000342)

Dear Clerk of Court:

    Enclosed please find the documentation regarding the subject Defendant.  The Defendant is being transferred to your Court pursuant to Rule 5(c)(3) proceedings held in this district.  Enclosed please find all case documents and docket entries related to this matter.

    It is noted that the Defendant has been released on an own recognizance appearance bond, with instructions to report to your Court on March 29, 2021 at 3:00 pm by video conferencing.

    If you have any questions, please do not hesitate to call.  My direct telephone number is (513) 564-7665.

                                                     Sincerely,
                                                   Richard W. Nagel, Clerk

                                                   Kevin Moser, Deputy Clerk

Attachments:
1:21-mj-00260